IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. O'ROURKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PALISADES ACQUISITION XVI, LLC, ) <br> ) <br> Defendant. ) | FILED: APRIL 10, 2008 <br> 08CV2044      AEE <br> JUDGE NORGLE <br> MAGISTRATE JUDGE COLE |

## COMPLAINT

### INTRODUCTION

1.    Plaintiff brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Palisades Acquisition XVI, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### VENUE AND JURISDICTION

2.    This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.    Venue and personal jurisdiction in this District are proper because:

   a.    Defendant's collection communications were received by plaintiff within this District;

   b.    Defendant does or transacts business within this District.

### PARTIES

4.    Plaintiff is an individual who resides in the Northern District of Illinois.

5.    Defendant Palisades Acquisition XVI, LLC is a limited liability company

1

chartered under New Jersey law.  Its registered agent and office for service of process is Daniel J. Barkin, Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068.

6. Defendant Palisades Acquisition XVI, LLC is engaged in the business of purchasing charged-off consumer debts and attempting to collect them from the consumers, using the mails and telephones for that purpose.

7. Defendant Palisades Acquisition XVI, LLC is the plaintiff in more than 300 collection lawsuits filed against Illinois consumers on charged-off debts.

8. Defendant pays an average of less than five cents on the dollar for the charged-off debts that it purchases.

9. According to the SEC filings of defendants' public parent Asta Funding, during the six months ending March 31, 2007, it purchased $9.8 billion face value of debts for $386.7 million, or 3.9 cents on the dollar.   During the five years ending Sept. 30, 2006, it purchased $5.194 billion face value of debts for $200.2 million, or 3.85 cents on the dollar.

10. Palisades Acquisition XVI, LLC is a debt collector as defined in the FDCPA.

## FACTS

11. In 2007, Palisades Acquisition XVI, LLC filed a lawsuit in the Circuit Court of Cook County, case 07 M1 223430, against plaintiff seeking to collect an alleged debt incurred for personal, family or household purposes.

12. On or about Jan. 9, 2008, plaintiff's counsel appeared in the collection action.  Counsel for Palisades Acquisition XVI, LLC received the appearance within 48 hours.

13. The collection action has been dismissed.

14. On Jan. 18, 2008, plaintiff filed suit against Palisades Acquisition XVI, LLC, case 08 C 430,  complaining that Palisades attached a form document to state court collection complaints that are made to look as though they were sent to the alleged debtor prior to the filing of the lawsuit, but in fact were not (Exhibit A).

15. Palisades Acquisition XVI, LLC was served with the summons in 08 C 430 on Jan. 23, 2008.

16. Palisades Acquisition XVI, LLC was thus well aware that plaintiff was represented by counsel in connection with the debt in question.

17. Palisades Acquisition XVI, LLC appeared in 08 C 430, through counsel, on or about Feb. 13, 2008.

18. Knowing that plaintiff was represented by counsel, Palisades Acquisition XVI, LLC placed the purported debt with Wolpoff & Abramson, LLP for further collection efforts.

19. On or about March 27, 2008, Wolpoff & Abramson, LLP, on behalf of Palisades Acquisition XVI, LLC, sent plaintiff, directly, the letter attached as <u>Exhibit B</u>.

20. <u>Exhibit B</u> states that "your above account has been reassigned to our office for additional collection efforts. It is our hope that you will make an effort to voluntarily resolve your outstanding obligation. [¶] Please contact our office so that we can discuss mutually satisfactory payment of this account and stop further collection efforts. We look forward to your cooperation regarding this matter and hope that you take advantage of this opportunity to avoid additional collection efforts."

## **VIOLATIONS COMPLAINED OF**

21. Defendant violated 15 U.S.C. §1692c by continuing collection activity on a debt that had been disputed and by contacting consumers represented by counsel.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiff and against defendant for:

    a. Statutory damages;

    b. Actual damages;

    c. Attorney's fees, litigation expenses and costs of suit;

    d. Such other or further relief as the Court deems proper.

                                                s/Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

      Plaintiff demands trial by jury.

                                                s/Daniel A. Edelman
                                                Daniel A. Edelman

**NOTICE OF LIEN**

       Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

                                                s/Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

```
08CV2044   AEE
JUDGE NORGLE
MAGISTRATE JUDGE COLE
```

# EXHIBIT A

RCC

FILED
JANUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL O'ROURKE, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC, | ) ) ) |
| Defendants. | ) ) |

08 C 430

JUDGE NORGLE
MAGISTRATE JUDGE NOLAN

### COMPLAINT – CLASS ACTION

#### INTRODUCTION

1. Plaintiff Michael O'Rourke brings this action to secure redress against unlawful credit and collection practices engaged in by defendants Palisades Acquisition XVI, LLC and Palisades Collection, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

#### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA).

3. Venue and personal jurisdiction over defendant in this District is proper

1

because defendants do business here.

## PARTIES

4. Plaintiff Michael O'Rourke is an individual who resides in the Northern District of Illinois.

5. Defendant Palisades Acquisition XVI, LLC is a limited liability company chartered under New Jersey law. Its registered agent and office for service of process is Daniel J. Barkin, Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068.

6. Defendant Palisades Collection LLC is a limited liability company chartered under the law of New Jersey with its principal offices at 210 Sylvan Ave., Englewood Cliffs, NJ 07632. It does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

7. Defendants are both subsidiaries of Asta Funding, a public company.

8. Defendant Palisades Acquisition XVI, LLC is engaged in the business of purchasing charged-off consumer debts and attempting to collect them from the consumers, using the mails and telephones for that purpose.

9. Defendant Palisades Collection, LLC is engaged in the business of purchasing charged-off consumer debts and attempting to collect them from the consumers, using the mails and telephones for that purpose.

10. Palisades Collection LLC is the plaintiff in more than 1,000 lawsuits against Illinois consumers on charged-off debts.

11. Defendant Palisades Acquisition XVI, LLC is the plaintiff in more than 300 collection lawsuits filed against Illinois consumers on charged-off debts.

12. Defendants pay an average of less than five cents on the dollar for the charged-off debts that they purchase.

13. According to the SEC filings of defendants' public parent Asta Funding, during the six months ending March 31, 2007, it purchased $9.8 billion face value of debts for $386.7 million, or 3.9 cents on the dollar. During the five years ending Sept. 30, 2006, it purchased $5.194 billion face value of debts for $200.2 million, or 3.85 cents on the dollar.

14. Palisades Collection LLC is a debt collector as defined in the FDCPA.

15. Palisades Acquisition XVI, LLC is a debt collector as defined in the FDCPA.

## FACTS

16. Palisades Acquisition XVI, LLC and Palisades Collection, LLC obtain no or virtually no documentation substantiating that the purported debtors actually owe any money to anyone. If it wanted such documentation, Palisades Acquisition XVI, LLC and Palisades Collection, LLC would have to pay more for the debts.

17. To make up for this self-created deficiency, Palisades Acquisition XVI, LLC and Palisades Collection, LLC resort to fraud and misrepresentation.

18. Attached as Appendix A is a document which was attached to a complaint filed against plaintiff in the Circuit Court of Cook County by Palisades Acquisition XVI, LLC.

19. Appendix A purports to be a statement of account sent by Palisades Collection, LLC to plaintiff on or about July 5, 2007.

20. Appendix A is made to appear as if it were sent in the mail, as a statement of account, issued in the regular course of business. It states that the top portion should be

detached and returned with payment. It gives instructions at the bottom about "prompt crediting of payments."

21.   Documents similar to Appendix A are regularly attached to collection complaints.

22.   Appendix A is a standard form document, filled out in a standardized manner.

23.   Appendix A was never sent to plaintiff as an independent document. It was only sent to plaintiff as an exhibit to a complaint which was served on him.

24.   The purpose and effect of Appendix A is to falsely represent that the document was sent to the putative debtor and not objected to.

## VIOLATION ALLEGED

25.   Appendix A violates the FDCPA as constituting a false representation or means in connection with the collection of any debt (§1692e), a false representation of the "character" of any debt (§1692e(2)(A)), and use of any false representation to collect or attempt to collect any debt or to obtain information concerning a consumer (§1692e(10)).

## CLASS ALLEGATIONS

26.   Plaintiffs bring this claim on behalf of a class, consisting of (a) all natural persons (b) against whom a complaint was filed (c) attaching a document in the form represented by Appendix A (d) which document was not sent to the addressee prior to the filing of suit (e) where the lawsuit was filed or served during a period beginning on a date one year prior to the filing of this action and ending 20 days after the filing of this action.

27.   The class is so numerous that joinder is impracticable.

4

28. There are more than 40 natural persons against whom a complaint was filed attaching a document in the form represented by Appendix A, which document was not sent to the addressee prior to the filing of suit, where the lawsuit was filed or served during a period beginning on a date one year prior to the filing of this action and ending 20 days after the filing of this action.

29. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Appendix A violates the FDCPA.

30. Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

31. Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

32. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendant for:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as the Court deems proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
   & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

s/Daniel A. Edelman<br>Daniel A. Edelman

## NOTICE OF LIEN

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

>                               s/Daniel A. Edelman
>                               Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Case 1:08-cv-02044 Document 1-2 Filed 04/10/2008 Page 9 of 12
Case 1:08-cv-00430 Document 1-2 Filed 01/18/2008 Page 1 of 2
JUDGE NORGLE
MAGISTRATE JUDGE NOLAN
08 C 430

# APPENDIX A

# PALISADES COLLECTION, L.L.C.

| PALISADES FILE NUMBER |
|---|
| 16025700 |

OROURKE,MICHAEL

| NEW BALANCE |
|---|
| $7710.75 |

Redacted

IF ADDRESS AS SHOWN ABOVE IS INCORRECT, PLEASE INDICATE CHANGE BELOW.

NAME _____

ADDRESS _____

_____

| PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE NOW | $7710.75 |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED          $ _____

PLEASE DETACH AND TOP PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER | CREDIT LIMIT | CREDIT AVAILABLE | PAST DUE | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| Redacted | 0 | 0 | $7710.75 | 7/5/07 |

| DATE | REFERENCE NUMBER | NEW TRANSACTIONS | AMOUNT |
|---|---|---|---|
| 7/5/07 | | BALANCE DUE 4/26/2001<br>PALISADES COLLECTION, L.L.C.<br>DELAWARE LIMITED LIABILITY CORP.<br>ASSIGNEE OF PALISADES XVI/COLONIAL/CITIBANK/CC<br>P.O. BOX 1244<br>ENGLEWOOD CLIFFS, NJ 07632 | $7710.75 |

| SUMMARY OF TRANSACTIONS | PREVIOUS BALANCE | PAYMENTS AND CREDITS | NEW BALANCE |
|---|---|---|---|
| | $7710.75 | | $7710.75 |

PROMPT CREDITING OF PAYMENTS: TO RECEIVE CREDIT FOR PAYMENT AS OF THE DATE OF RECEIPT, WE MUST RECEIVE THE TOP PORTION OF THE STATEMENT AND YOUR CHECK OR MONEY ORDER BY 3:00 P.M. AT:

PALISADES COLLECTION, L.L.C.
P.O. BOX 1244
ENGLEWOOD CLIFFS, NJ 07632

PAYMENTS RECEIVED AT THE ABOVE ADDRESS IN THE MANNER SPECIFIED AFTER THAT TIME WILL BE CREDITED TO YOUR ACCOUNT AS OF OUR NEXT BUSINESS DAY. THE CREDITING TO YOUR ACCOUNT OF PAYMENTS RECEIVED AT ANY LOCATION OTHER THEN THE ABOVE ADDRESS MAY BE DELAYED UP TO 5 DAYS FROM DATE OF RECEIPT

| PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE NOW | $7710.75 |

SEND INQUIRIES TO:

PALISADES COLLECTION, L.L.C.
P.O. BOX 1244
ENGLEWOOD CLIFFS, NJ 07632

W&A File# 164540463

# EXHIBIT B

Case 1:08-cv-02044    Document 1-2    Filed 04/10/2008    Page 11 of 12

| MAIN OFFICE | LAW OFFICES | NATIONAL COLLECTION ATTORNEY NETWORK |
|---|---|---|
| TWO IRVINGTON CENTRE<br>702 KING FARM BLVD., ROCKVILLE, MD 20850 | **WOLPOFF & ABRAMSON, L.L.P.**<br>*Attorneys in the Practice of Debt Collection*<br>(A National Collection Attorney Network Firm)<br>TWO IRVINGTON CENTRE<br>702 KING FARM BLVD.<br>ROCKVILLE, MD 20850-5775 | AFFILIATED FIRM LOCATIONS [NOT REGIONAL OFFICES OF WOLPOFF & ABRAMSON, L.L.P.] * |
| REGIONAL OFFICES | | BIRMINGHAM, ALABAMA — FARGO, NORTH DAKOTA |
| 3955 CHAIN BRIDGE ROAD, 2ND FLOOR, FAIRFAX, VA 22030 | | ANCHORAGE, ALASKA — CLEVELAND, OHIO |
| 1103 E. MAIN ST., STE. 1083, RICHMOND, VA 23219 | | PHOENIX, ARIZONA — OKLAHOMA CITY, OKLAHOMA |
| 5122 GREENWICH RD., VIRGINIA BEACH, VA 23462 | | LITTLE ROCK, ARKANSAS — EUGENE, OREGON |
| 919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899 | | EAST HARTFORD, CONNECTICUT — PROVIDENCE, RHODE ISLAND |
| 1 VALLEY BANK BLDG., BOX 1220, CLARKSBURG, WV 26302 | | HONOLULU, HAWAII — COLUMBIA, SOUTH CAROLINA |
| 4650 TRINDLE ROAD, STE. 300, CAMP HILL, PA 17011 | | BOISE, IDAHO — KNOXVILLE, TENNESSEE |
| 301 GRANT ST., STE. 4300, PITTSBURGH, PA 15219 | | CHICAGO, ILLINOIS — SANDY, UTAH |
| 28632 ROADSIDE DRIVE, STE. 265, AGOURA HILLS, CA 91301 | | MERRILLVILLE, INDIANA — MILWAUKEE, WISCONSIN |
| 38500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375 | | KANSAS CITY, KANSAS — RAWLINS, WYOMING |
| 300 CANAL VIEW BLVD., STE. 320, ROCHESTER, NY 14623 | | LEXINGTON, KENTUCKY — SEATTLE, WASHINGTON |
| 5215 NORTH O'CONNOR BLVD., IRVING, TX 75039 | (TOLL FREE) | METAIRIE, LOUISIANA |
| GREAT JONES BLDG., 708 MAIN ST., STE. 720, HOUSTON, TX 77002 | 1-800-678-7720 | WORCESTER, MASSACHUSETTS |
| 111 SOLEDAD ST., STE. 300, SAN ANTONIO, TX 78205 | FACSIMILE (800) 678-2160 | ST. LOUIS, MISSOURI |
| 1201 PEACHTREE ST., STE. 1717, ATLANTA, GA 30361 | | GREAT FALLS, MONTANA — * The National Collection |
| 301 CARLSON PKWY., STE. 803, MINNETONKA, MN 55305 | | OMAHA, NEBRASKA — Attorney Network is an |
| 4643 S. ULSTER ST., STE. 920, DENVER, CO 80237 | PLEASE DIRECT CORRESPONDENCE TO MAIN OFFICE | LAS VEGAS, NEVADA — affiliation of separate law firms. |
| 5385 TOWN CENTER RD., STE. 1002, BOCA RATON, FL 33486 | | MANCHESTER, NEW HAMPSHIRE |
| 6100 OAK TREE BLVD., STE. 200, INDEPENDENCE, OH 44131 | MARCH 27, 2008 | CEDAR KNOLLS, NEW JERSEY — W&A Hours of Operation: |
| New York City Department of Consumer Affairs | | RALEIGH, NORTH CAROLINA — 8 a.m. - 6 p.m. ET M-F |
| License Numbers 1240674 & 1250730 | | |

164540463
MICHAEL T OROURKE
[redacted]

W&A File No. 164540463

Re: MICHAEL T OROURKE

PALISADES ACQUISITION XVI, LLC, ASSIGNEE OF CITIBANK
Balance: $ 7974.75
Account No.: [redacted]1320

Please be advised that your above account has been reassigned to our office for additional collection efforts. It is our hope that you will make an effort to voluntarily resolve your outstanding obligation.

Please contact our office so that we can discuss mutually satisfactory payment of this account and stop further collection efforts. We look forward to your cooperation regarding this matter and hope that you take advantage of this opportunity to avoid additional collection efforts.

Sincerely,

WOLPOFF & ABRAMSON, L.L.P.

---

*Please detach and return in the enclosed envelope.*

☐ I mailed a check on _____
☐ Here is payment in full made payable to the creditor. Thanks for waiting.
   (If paying by Western Union Quick Collect or ACE Cash Express, please see payment instructions on reverse side.)
☐ Enclosed is payment in full made payable to the creditor, but it's post-dated a few days.
   (Not applicable for residents of Massachusetts.)
☐ I cannot call you during the day.
☐ Please have someone call me. My telephone number during the day is _____
   My telephone number in the evening is _____
☐ I have made an electronic payment through the Internet at www.wolpofflaw.com or the W&A Automated Payment Attendant at 1-800-395-4900.
☐ Other _____

***This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.***

W&A File No. 164540463
BAEQ (03/04/08)

PL60AC/PL60AC